Harold Rush and Carrie Rush, Plaintiffs-Appellants, v. Estate of John Rush, Deceased, Defendant-Appellee.

Gen. No. 11,099.

Second District, First Division.
October 29, 1957.
Released for publication November 15, 1957.

Dyer, Richmond & Moore, of Hoopeston (C. F. Dyer, Kenneth L. Richmond, Joseph C. Moore, of counsel), for plaintiffs-appellants; Pallissard, Fleming & Oram, of Watseka, for John Rush Estate, appellee and defendant. Opinion by JUSTICE SPIVEY. Not to be published in full.